```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0166--CV (JKS)
                "TODD ADAMS V SIEMENS CORP ET AL"
```

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/05/04
            Closed: 11/10/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 08/05/04 receipt # 00123126
           Trial by: Court
```

Parties of Record:                                    Counsel of Record:

PLF 1.1            ADAMS, TODD                        Michael W. Flanigan
                                                      Walther & Flanigan
                                                      Resolution Plaza Building
                                                      1029 W. 3rd Avenue, Suite 250
                                                      Anchorage, AK 99501
                                                      907-279-9999
                                                      FAX 907-258-3804


DEF 1.1            SIEMENS CORP                       Bradley D. Owens
                                                      Jermain Dunnagan et al
                                                      3000 A Street, Suite 300
                                                      Anchorage, AK 99503
                                                      907-563-8844
                                                      FAX 907-563-7322

                                                      Carolyn A. Knox
                                                      Seyfarth Shaw
                                                      560 Mission Street, Suite 3100
                                                      San Francisco, CA 94105
                                                      415-397-2823
                                                      FAX 415-397-8549

DEF 2.1            SIEMENS LONG TERM DISABILITY PLAN  Bradley D. Owens
                                                      (see above)

                                                      Carolyn A. Knox
                                                      (see above)

DEF 3.1      [T]   SIEMENS MEDICAL PLAN               No counsel found for this party!

DEF 4.1      [T]   SIEMENS BASIC LIFE PLAN            No counsel found for this party!

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0166--CV (JKS)
              "TODD ADAMS V SIEMENS CORP ET AL"

     Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 5.1 | [T] | SIEMENS GROUP UNIVERSAL LIFE PLAN | No counsel found for this party! |
| DEF 6.1 | [T] | SIEMENS AD & D PLAN | No counsel found for this party! |
| DEF 7.1 | [T] | CIGNA GROUP INSURANCE | No counsel found for this party! |
| DEF 8.1 | [T] | CIGNA CORP | No counsel found for this party! |
| DEF 9.1 | | LIFE INSURANCE CO OF NORTH AMERICA | Bradley D. Owens (see above) |
| | | | Carolyn A. Knox (see above) |
| DEF 10.1 | [T] | CONNECTICUT GENERAL LIFE INSURANCE CO | No counsel found for this party! |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0166--CV (JKS)
                             "TODD ADAMS V SIEMENS CORP ET AL"

                                     For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/05/04
            Closed: 11/10/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/05/04 receipt # 00123126
          Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/05/04 | Complaint filed; Summons issued. |
| NOTE - 1 | 08/12/04 | Issued: summons re: DEF 2-6. |
| 2 - 1 | 10/04/04 | DEF 1-10 Attorney Appearance of B. Owens. |
| 3 - 1 | 10/04/04 | DEF 1-10 motion for pro hac vice appearance of C. Knox w/att exh. |
| 3 - 2 | 10/06/04 | JWS Order granting motion for pro hac vice appearance of C. Knox (3-1). cc: cnsl, C. Knox |
| 4 - 1 | 10/12/04 | JWS Minute Order that JWS recuses himself; matter reassigned to JKS; use A04-0166 CV (JKS) on all future filings. cc: cnsl, Judge Singleton |
| 5 - 1 | 10/13/04 | JKS Minute Order re pltf to file proofs of service as to all defendants. cc: cnsl |
| 6 - 1 | 10/15/04 | PLF-1 Return of svc of summons re: DEF's 2,3,4,5,6 executed on 9/7/04; DEF 1 on 9/8/04; DEF's 7,8,9,10 green cards had no dates. |
| 7 - 1 | 10/18/04 | PLF 1; DEF 1-10 Stipulation for dismissal w/o prejudice of Def 3-8 and 10 w/att exh. |
| 7 - 2 | 10/22/04 | JKS Order approving stip for dismissal w/o prej of DEF 3-8 & 10 (7-1); revised caption of matter allowed. cc: cnsl |
| 8 - 1 | 11/10/04 | JKS Minute Order re pltf to require answer or apply for default re D1,2,9 due w/in 20 days. cc: cnsl |
| 9 - 1 | 11/30/04 | DEF 1-2,9 Answer to Complaint. |
| 10 - 1 | 12/06/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 11 - 1 | 01/04/05 | PLF 1; DEF 1-2; 9 Scheduling and Planning Conference Report. |
| 12 - 1 | 01/10/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/01/05; Dispositive motions deadline 07/01/05; Estimate of |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0166--CV (JKS)
                              "TODD ADAMS V SIEMENS CORP ET AL"

                                     For all filing dates

Document #    Filed        Docket text

                           trial 1 days; TBC. cc: cnsl

  13 -   1    01/31/05     PLF 1 Unopposed motion for ext of time of deadlines.

  13 -   2    02/07/05     JWS Order granting unopposed motion for ext of time of deadlines (13-1)
                           & setting the following dates: Discovery to close 02/16/05. cc: cnsl

  14 -   1    02/07/05     doc #14 not used

  15 -   1    02/15/05     PLF 1 Unopposed motion for ext of time of deadlines.

  15 -   2    02/18/05     JWS Order granting unopposed motion for ext of time of deadlines (15-1)
                           & setting the following dates: Discovery to close 03/07/05. cc: cnsl

  16 -   1    02/23/05     PLF 1 Unopposed motion for ext of time of deadlines.

  17 -   1    02/25/05     PLF 1 Unopposed motion for ext of time of deadlines.

  16 -   2    02/28/05     JWS Order granting unopposed motion for ext of time of deadlines (16-1);
                           pltf shall have until 2/25/05 to review & provide to defs' add records;
                           pltf's prelim witness lissts due 2/25/05. cc: cnsl

  18 -   1    02/28/05     PLF 1 Initial Disclosures pursuant to FRCP 26(A).

  17 -   2    03/03/05     RRB Order granting uopposed motion for ext of time of deadlines (17-1).
                           cc: cnsl

  19 -   1    03/04/05     PLF 1 Notice of flg att to pltf's initial disclosures pursurant to FRCP
                           26(A).

  20 -   1    06/01/05     PLF 1 Unopposed motion to ext time for flg motions on standard review or
                           for  SJ.

  20 -   2    06/03/05     JKS Order granting unopposed motion to ext time to 7/15/05 for flg
                           motions on standard review or for SJ (20-1) & setting the following
                           dates: Dispositive motions deadline 07/15/05. cc: cnsl

  21 -   1    07/15/05     DEF 1-2; 9 motion for summary judgment w/att memo, declarations and
                           exhs.

  22 -   1    07/15/05     PLF 1 motion for summary judgment or in the alternative a De Novo Trial
                           on the record.

  23 -   1    07/18/05     DEF 1-2; 9 motion for summary judgment w/att memo & exhs.

  24 -   1    07/21/05     DEF 1-2; 9 motion (request) to consolidate filings doc #21 & #23.

  25 -   1    07/26/05     JKS Order granting motion (request) to consolidate filings doc #21 & #23
                           (24-1). cc: cnsl

  26 -   1    07/26/05     PLF 1; DEF 1-2; 9 Stipulation to submit combined briefs for oppo to
                           x-mot for SJ & reply in support of mot for SJ; & for ext of time to file
                           responsive pleading.

  26 -   2    07/28/05     JKS Order granting stipulation to submit combined briefs by 8/15/05 for
                           oppo to x-mot for SJ & reply to mot for sj (26-1) and to ext time for
                           responsive pleading.  cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0166--CV (JKS)
                                "TODD ADAMS V SIEMENS CORP ET AL"

                                        For all filing dates


 Document #   Filed      Docket text

     27  -  1  08/12/05  DEF 1-2; 9 opposition to PLF 1 motion for summary judgment or in the
                         alternative a De Novo Trial on the record (22-1).

     27  -  2  08/12/05  DEF 1-2; 9 reply to opposition to DEF 1-2; 9 motion for summary judgment
                         (21-1), DEF 1-2; 9 motion for summary judgment (23-1).

     28  -  1  08/15/05  PLF 1 opposition to DEF 1-2; 9 motion for summary judgment (21-1), DEF
                         1-2; 9 motion for summary judgment (23-1).

     28  -  2  08/15/05  PLF 1 reply to opposition to PLF 1 motion for summary judgment or in the
                         alternative a De Novo Trial on the record (22-1).

     29  -  1  08/19/05  PLF 1 Certificate of service re oppo to DEF 1-2; 9 motion for summary
                         judgment (21-1); reply to PLF 1 motion for summary judgment or in the
                         alternative a De Novo Trial on the record (22-1); oppo to DEF 1-2; 9
                         motion for summary judgment (23-1).

     30  -  1  08/19/05  DEF 1-2; 9 Errata to memo of points and authorities in support of DEF
                         1-2; 9 motion for summary judgment (21-1), DEF 1-2; 9 motion for summary
                         judgment (23-1).

     31  -  1  10/04/05  JKS Order denying motion for summary judgment (21-1), motion for summary
                         judgment or in the alternative a De Novo Trial on the reco (22-1),
                         motion for summary judgment (23-1). cc: cnsl

     32  -  1  10/12/05  JWS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

     33  -  1  11/07/05  PLF 1; DEF 1-2; 9 Stipulation for dismissal w/prejudice.

     33  -  2  11/10/05  JWS Order granting stipulation for dismissal w/prejudice (33-1). cc:
                         cnsl
```